UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNICOLOR SA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOLBY LABORATORIES LICENSING CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-05648-VC<br><br>**ORDER FOR A RESPONSE TO TECHNICOLOR'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 5 |

Dolby is ordered to respond to Technicolor's TRO application by noon on Monday, September 16, 2019.

**IT IS SO ORDERED.**

Dated: September 9, 2019

_____
VINCE CHHABRIA
United States District Judge